JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> PREMISES KNOWN AS 5576 WEST ROCHELLE AVENUE, APARTMENT 16B, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:18-mj-294-DJA <br><br> **MOTION TO UNSEAL** |

The United States of America, by Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, moves for an Order to unseal the above captioned case number.

1. On March 8, 2018, the Honorable Carl W. Hoffman authorized a search warrant for premises located at 5576 West Rochelle Avenue, Apartment 16B, Las Vegas, Nevada under case number 2:18-mj-294-CWH.

2. The warrant was executed on March 13, 2018, and the target of the warrant is aware of the warrant.

3. The government seeks to unseal this warrant to attach the warrant to a new

application for a warrant to search data seized pursuant to this warrant.

DATED this 29th day of June, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
District of Nevada

*Joshua Brister*
JOSHUA BRISTER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 5576 WEST ROCHELLE AVENUE, APARTMENT 16B, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:18-mj-294-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, **IT IS HEREBY ORDERED** that the above captioned matters and all documents filed therein are unsealed.

DATED this 29th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE